IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED |
| Plaintiff, | 4:21CR 3134 |
| vs. | INDICTMENT |
| BUKJIOK DOBUONY, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | |

The Grand Jury charges that:

COUNT I

On or about May 30, 2021, in the District of Nebraska, Defendant BUKJIOK DOBUONY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Theft by Receiving Stolen Property on March 16, 2012, in the District Court for Lancaster County, Nebraska, at Case No. CR11-130; and/or Assault by Confined Person, on March 16, 2012, in the District Court for Lancaster County, Nebraska, at Case No. CR11-1339; did knowingly possess ammunition, that is, a round of .45 caliber Speer ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
DAN PACKARD #21991
Assistant U.S. Attorney