IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3134 |
| vs. | ORDER |
| BUKJIOK DUBUONY, | |
| Defendant. | |

This matter is before the Court on the defendant's motion to hire expert witness (filing 100). The Court finds that expert fees are necessary and appropriate in this case, pursuant to 18 U.S.C. § 3006A(e)(1) and the district's Criminal Justice Act Plan § XIII.

IT IS ORDERED that the defendant's motion to hire expert witness (filing 100) is granted.

Dated this 2nd day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge