IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BUKJIOK DUBUONY,<br><br>　　　　　　Defendant. | 4:21-CR-3134<br><br>ORDER |

　　　　The Court has received a submission from the defendant (filing 117) requesting a certificate of appealability and appointment of counsel with respect to a motion he says he wants to file pursuant to 28 U.S.C. § 2255. The defendant contends that a previous filing (filing 112) that the Court construed as a § 2255 motion, *see* filing 113, was, in fact, merely a request for appointment of counsel. *See* filing 117.

　　　　But regardless of what filing 112 was meant to be, the Court's discussion of the defendant's potential § 2255 claim is unchanged. As explained in the Court's previous order, the defendant is well beyond the statute of limitations for a § 2255 claim. *See* filing 113 at 2 (citing § 2255(f)(1); *Clay v. United States*, 537 U.S. 522, 527 (2003). Nothing in the defendant's new filing provides any basis to conclude that the statute of limitations was tolled, or began to run on any date other than the date on which his judgment of conviction became final. *See* filing 117. And the Court already denied a certificate of appealability. Filing 113 at 3.

　　　　There is no basis to issue a certificate of appealability or appoint counsel when the defendant is out of time to pursue a § 2255 claim. Accordingly,

　　　　IT IS ORDERED that the defendant's motion for a certificate of appealability (filing 117) is denied.

　　　　Dated this 23rd day of September, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　Senior United States District Judge